UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>EDUARDO RODRIGUEZ,<br><br>     Supervisee. | No. 12-cr-322-7 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  As stated on the record during this afternoon's proceeding, IT IS HEREBY ORDERED THAT Mr. Angus James Bell, Esq., is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee in this matter. Mr. Bell shall promptly file a notice of appearance in Case No. 12-cr-322.

SO ORDERED.

Dated: January 18, 2023
    New York, New York

                    _____
                    RICHARD J. SULLIVAN
                    UNITED STATES CIRCUIT JUDGE
                    Sitting by Designation