UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>EDUARDO RODRIGUEZ,<br><br>                    Supervisee. | No. 12-cr-322-7 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

On March 29, 2023, the Court received an affirmation and application from the government, requesting that an order be issued pursuant to the All Writs Act, 28 U.S.C. § 1651, unsealing certain records in the possession of the New York City Police Department ("NYPD") and the New York County District Attorney's Office ("Manhattan DA's Office"). The government further requested that the affirmation and application, and any subsequent order from this Court, be maintained ex parte and under seal. On March 30, 2023, the Court ordered that the identified NYPD and Manhattan DA's Office records be unsealed; the Court also ordered the government to submit a letter explaining why the affirmation, application, and March 30, 2023 order should be maintained ex parte and under seal in this Court. On April 10, 2023, the government informed the Court that it no longer had any objection to the affirmation, application, and March 30, 2023 order being unsealed and docketed, provided that the personal-identifying information contained therein be redacted.

Accordingly, IT IS HEREBY ORDERED THAT the government file and docket the following, with redactions consistent with Federal Rule of Criminal Procedure 49.1: (1) the government's March 29, 2023 affirmation and application, (2) this Court's March 30, 2023 order,

and (3) the government's April 10, 2023 letter. *See also United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995).

SO ORDERED.

Dated:     April 11, 2023
               New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation