# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

April 14, 2023

Hon. Richard J. Sullivan
United States District Court Judge
Southern District of New York
New York, New York  10007

Re: United States v. Eduardo Rodriguez 12Cr322 (RJS)

Dear Judge Sullivan:

I am counsel for Mr. Eduardo Rodriguez appointed on or about January 18, 2023 pursuant to 18 U.S.C. § 3006A to represent him regarding specifications of violation of supervised release included in probations report dated January 5, 2023. With the consent of the Government, counsel is seeking a one (1) week adjournment of our VOSR hearing that is scheduled for 2:00 pm on Wednesday, April 19, 2023.

The one (1) week adjournment will allow counsel to continue reviewing the substantial video and other relevant materials with Mr. Rodriguez while also giving the defense additional time to meet with this client so as we can consider the legal options to include a potential resolution in advance of the hearing. I will also note that since receiving the discovery earlier this week, a family matter has required me to be away from the District and delayed my complete review of the produced materials.

Thank you in advance for any and all consideration of this application. We will await further instructions from the Court.

Respectfully,

*A. James Bell*
A. James Bell, Esq.

---

```
Supervisee's request is GRANTED.  IT IS HEREBY
ORDERED THAT the hearing previously scheduled for
Wednesday, April 19, 2023 is adjourned, and that
the parties shall instead appear before the Court
on Wednesday, April 26, 2023 at 9:30 a.m. in
Courtroom 15A at the Daniel Patrick Moynihan
Courthouse, 500 Pearl Street, New York, New York,
10007.

SO ORDERED.

Dated: April 15, 2023
New York, New York
                          _____
                          Hon. Richard J. Sullivan
                          United States Circuit Judge
                          Sitting by Designation
```