UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDUARDO RODRIGUEZ,

               Supervisee.

No. 12-cr-322-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The VOSR hearing in this matter, which is currently scheduled for 9:30 a.m. on Wednesday, April 26, 2023, will take place in Courtroom 23B at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    April 18, 2023
             New York, New York

                                                   RICHARD J. SULLIVAN
                                                   UNITED STATES CIRCUIT JUDGE
                                                   Sitting by Designation