# Angus James Bell, Esq.

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

April 14, 2023

Hon. Richard J. Sullivan
United States District Court Judge
Southern District of New York
New York, New York  10007

                        Re: United States v. Eduardo Rodriguez 12Cr322 (RJS)

Dear Judge Sullivan:

      I am counsel for Mr. Eduardo Rodriguez appointed on or about January 18, 2023 pursuant to 18 U.S.C. § 3006A to represent this client regarding specifications of violation of supervised release included in probations report dated January 5, 2023. The VOSR hearing is currently scheduled for 9:30 am on Wednesday, April 26th.

      Mr. Rodriguez however advised counsel that he is prepared to accept responsibility for his actions as noted in Specification 1 of the VOSR and as such we are seeking to schedule a plea hearing for the above referenced date and time. If the Court grants this application, the Parties would be prepared to proceed immediately to sentencing.

      Thank you in advance for any and all consideration of this application. We will await further instructions from the Court.

Respectfully,

*A. James Bell*
A. James Bell, Esq.

```
Supervisee's request is GRANTED.  IT IS HEREBY ORDERED
THAT, as previously scheduled, the parties shall
appear before the Court on Wednesday, April 26, 2023
at 9:30 a.m. in Courtroom 23B at the Daniel Patrick
Moynihan Courthouse, 500 Pearl Street, New York, New
York, 10007.  At that time, Supervisee may admit to
Specification 1, as outlined in the January 5, 2023
report prepared by probation.  Sentencing in this
matter will be scheduled for a later date.

SO ORDERED.

Dated: April 21, 2013
New York, New York
                    _____
                    Hon. Richard J. Sullivan
                    United States Circuit Judge
                    Sitting by Designation
```