UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDUARDO RODRIGUEZ,

           Supervisee.

No. 12-cr-322-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the proceeding in this matter, which is currently scheduled for 9:30 a.m. on Wednesday, April 26, 2023, will take place in Courtroom 20C (instead of 23B) at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    April 25, 2023
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation