UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDUARDO RODRIGUEZ,

Supervisee.

No. 12-cr-322-7 (RJS)
<u>ORDER</u>

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the VOSR sentencing in this matter, which is currently scheduled for 10:00 a.m. on Monday, June 12, 2023, will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    May 23, 2023
            New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES CIRCUIT JUDGE
                                                        Sitting by Designation