UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDUARDO RODRIGUEZ,

               Supervisee.

No. 12-cr-322-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT the VOSR sentencing in this matter, which is currently scheduled for 10:00 a.m. on Thursday, June 29, 2023, will instead take place on Friday, June 30, 2023 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  Supervisee shall submit his sentencing submission by June 16, 2023, and the government shall submit its sentencing submission by June 23, 2023.

SO ORDERED.

Dated:     June 7, 2023
            New York, New York

                                                              _____
                                                               RICHARD J. SULLIVAN
                                                               UNITED STATES CIRCUIT JUDGE
                                                               Sitting by Designation