UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDUARDO RODRIGUEZ,

               Supervisee.

No. 12-cr-322-7 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Friday, July 11, 2025 at 10:00 a.m., at which time Supervisee shall be presented on the alleged violations of supervised release included in Probation's report dated June 16, 2025.  The presentment will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:     June 20, 2025
             New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation