UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDUARDO RODRIGUEZ,

               Defendant.

No. 12-cr-322-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties, including Supervisee, shall appear before the Court on Monday, August 25, 2025 at 10:00 a.m., at which time the Court will consider whether Supervisee should be detained or placed on home confinement pending resolution of the alleged violations of supervised release.  Supervisee may file a letter response by Friday, August 22, 2025.  The hearing will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    August 19, 2025
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation