UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDUARDO RODRIGUEZ,

Supervisee.

No. 12-cr-322-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated on the record during the status conference held on August 25, 2025, IT IS

HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service

and the Bureau of Prisons pending resolution of the alleged violations of supervised release set forth in the

Probation Office's report dated June 16, 2025.  The Clerk of Court is respectfully directed to terminate the

motions pending at Doc. Nos. 753, 755.

SO ORDERED.

Dated:            August 25, 2025
                  New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation