UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDUARDO RODRIGUEZ,

          Supervisee.

No. 12-cr-322-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of a submission from the parties indicating that the Supervisee has been charged in a new federal-criminal case in this District based on the same conduct underlying the alleged violations of supervised release in this matter. (Doc. 758). Accordingly, IT IS HEREBY ORDERED THAT these supervised-release proceedings shall be stayed pending resolution of the new criminal matter. IT IS FURTHER ORDERED THAT the parties shall submit a status report to the Court by December 5, 2025.

SO ORDERED.

Dated:    September 29, 2025
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation