UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDUARDO RODRIGUEZ,

　　　　　　　　　　　Supervisee.

No. 12-cr-322-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear on Tuesday, December 2, 2025 at 3 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, at which time Supervisee is expected to admit to the specified violations of supervised release set forth in the Probation Office's June 16, 2025 Violation Report.

SO ORDERED.

Dated:　　　November 20, 2025
　　　　　　New York, New York

　　　　　　　　　　　　　　　　/S/ *RJS*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　Sitting by Designation