UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

EDUARDO RODRIGUEZ,

Supervisee.

No. 12-cr-322-7 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Monday, March 30, 2026 at 10:00 a.m., at which time Supervisee shall be sentenced on the alleged violations of his supervised release included in Probation's report dated June 16, 2025. The sentencing will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

It is further ORDERED that defense counsel file a sentencing submission on behalf of Supervisee by March 20, 2026. The government should file its sentencing submission by March 26, 2026.

SO ORDERED.

Dated:        March 13, 2026
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation